IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cathy Mollinea, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>Highmark, Inc. (d/b/a Highmark BlueCross Blue Shield, Highmark Blue Shield, and/or Highmark Health Plans), a Pennsylvania non-profit corporation; and Highmark Health, a Pennsylvania nonprofit corporation,<br><br>      Defendants. | Civil Action No. 2:24-cv-01572-PLD |

**DEFENDANTS HIGHMARK INC. AND HIGHMARK HEALTH'S
RENEWED MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**

      Pursuant to Federal Rules of Civil Procedure 12(b)(7) and 19, Defendants Highmark Inc. and Highmark Health (collectively, "Defendants" or "Highmark") file this Renewed Motion to Dismiss First Amended Class Action Complaint (the "Motion"). The grounds for the Motion are set forth in the accompanying Memorandum in Support and Appendix of Evidence in Support, which are incorporated fully by reference.

      A Proposed Order is attached.

- 2 -

Dated: January 16, 2026 **REED SMITH LLP**

*/s/ Justin J. Kontul*
Justin J. Kontul
Pa. I.D. No. 206026
Alex G. Mahfood
Pa. I.D. No. 324047
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
T: (412) 288-3131
F: (412) 288-3063
jkontul@reedsmith.com
amahfood@reedsmith.com

*Counsel for Defendants*
*Highmark Inc. and Highmark Health*

**CERTIFICATE OF SERVICE**

  I certify that on January 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record electronically by CM/ECF.

                   */s/ Justin J. Kontul*